UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| NICOLETTE CLARICE FRAZEY,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:14-CV-05948-KLS<br><br><br>ORDER ON REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to afford the claimant an opportunity to appear and testify at an administrative hearing; update and reassess the medical evidence of record; reevaluate the medical opinions; reevaluate claimant's credibility; reevaluate the claimant's residual functional capacity, taking into account all severe and non-severe impairments; and perform a new step four and five analysis, including obtaining additional vocational expert testimony, if necessary.

Page 1     ORDER - [3:14-CV-05948-KLS]

The ALJ will make a de novo determination as to disability, and issue a new decision.

Upon proper application, Plaintiff shall be eligible for attorneys' fees and expenses under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

DATED this 27th day of May, 2015.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Erin F. Highland
ERIN F. HIGHLAND
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2495
Fax: (206) 615-2531
erin.highland@ssa.gov